Kevin R. Sutherland (State Bar No.: 163746)
CLYDE & CO US LLP
505 Montgomery Street, 10th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
Email: kevin.sutherland@clydeco.us

Attorneys for Defendant
VIRGIN ATLANTIC AIRWAYS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE KAGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>VIRGIN ATLANTIC AIRWAYS, LIMITED,<br><br>    Defendants. | Case No. C 08-03082 JL<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Virgin Atlantic Airways Limited; and

    2.    Various underwriters in the international insurance market.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| Dated: July 22, 2008 | CLYDE & CO US LLP |
| | By: /s/ Kevin R. Sutherland |
| | KEVIN R. SUTHERLAND |
| | Attorneys for Defendant |
| | VIRGIN ATLANTIC AIRWAYS LIMITED |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS