| | |
|---|---|
| 1 | Kevin R. Sutherland (State Bar No.: 163746) |
| 2 | CLYDE & CO US LLP |
| 3 | 505 Montgomery Street, 10th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 365-9800 |
| 5 | Facsimile: (415) 365-9801 |
|   | Email: kevin.sutherland@clydeco.us |
| 6 | |
| 7 | Attorneys for Defendant |
|   | VIRGIN ATLANTIC AIRWAYS LIMITED |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Renee Kagan

Plaintiff(s),

v.

Virgin Atlantic Airways, Limited

Defendant(s).

No. C 08-03082 JL

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 07/28/08

Signature _[signature]_

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")