1  Kevin R. Sutherland (State Bar No.: 163746)
   Michael A. Hession (State Bar No.: 219103)
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 365-9800
4  Facsimile:  (415) 365-9801
   Email: kevin.sutherland@clydeco.us
5         michael.hession@clydeco.us

6  Attorneys for Defendant
   VIRGIN ATLANTIC AIRWAYS LIMITED
7

8  Cliff Weingus (State Bar No.: 96671)
   MCTERNAN, STENDER & WEINGUS
9  595 Market Street, Suite 1350
   San Francisco, California 94105
10 Telephone: (415) 777-0313
   Facsimile: (415)777-9380
11 Email: cweingus@mcternanlaw.com

12 Attorneys for Plaintiff
   RENEE KAGAN
13

14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16
   RENEE KAGAN                        )   Case No. C 08-03082 TEH
17                                    )
            Plaintiff,                )   STIPULATION AND ORDER RE
18                                    )   DISMISSAL WITH PREJUDICE
        vs.                           )   [PROPOSED]
19                                    )
   VIRGIN ATLANTIC AIRWAYS,           )
20 LIMITED,                           )
                                      )
21          Defendants.               )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24 _____)

25

26      IT IS HEREBY STIPULATED by and between plaintiff Renee Kagan and

27 defendant Virgin Atlantic Airways Limited, by their attorneys of record, that

28 plaintiff's complaint against Virgin Atlantic Airways Limited be and hereby is

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE [PROPOSED]

1  dismissed, in its entirety, with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).  Each
2  party shall bear their own fees and costs of suit.
3  DATED: ~~December 24, 2008~~  CLYDE & CO US LLP
4  Feb. 9, 208)
5
6  By: _____
7  KEVIN R. SUTHERLAND
   MICHAEL A. HESSION
   Attorneys for Defendant
8  VIRGIN ATLANTIC AIRWAYS
   LIMITED
9  DATED: January 21, 2009 ~~December ___, 2008~~  MCTERNAN, STENDER & WEINGUS
10
11
12  By: _____
13  CLIFF S. WEINGUS
   Attorney for Plaintiff
14  RENEE KAGAN

15  IT IS SO ORDERED.
16
    02/11/09
17  Dated: ~~December ___, 2008~~
18  _____
    HONORABLE THELTON HENDERSON
    United States District Judge

(CLYDE & CO US LLP, 101 Second Street, 24th Floor, San Francisco, California 94105, Telephone: (415) 365-9800)

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE [PROPOSED]
2